AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court

By mgarcia at 2:23 pm, Nov 30, 2020

JOHN M. MORRIS-EL,

JUDGMENT IN A CIVIL CASE

v.  CASE NUMBER: 2:18-CV-103

UNITED STATES OF AMERICA, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated November 24, 2020; the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, Plaintiff's Complaint is DISMISSED in its entirety. Further, Plaintiff is DENIED in forma pauperis status on appeal. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

Date: November 30, 2020

John E. Triplett, Acting Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03